IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**RANDY WAYNE BROCK**                                                        **PLAINTIFF**

       v.       Civil No. 09-3031

**UNITED STATES OF AMERICA,**
**et al.**                                                                                       **DEFENDANTS**

### O R D E R

Now on this 27th day of July, 2009, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Henden
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE